IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv61-F |
| | ) | WO |
| JIMMY CARTER, JR. | ) | |

## **O R D E R**

On June 9, 2005, movant Jimmy Carter, Jr., through counsel, filed a pleading containing (1) a motion by attorney Donald G. Madison to withdraw as counsel for Carter in these proceedings and (2) Carter's motion that he be allowed to withdraw his motion for relief under 28 U.S.C. § 2255 without prejudice. (Doc. 3.) Upon consideration of this pleading, and for good cause, it is hereby ORDERED that:

1. The motion by Donald G. Madison to withdraw as counsel for Carter is GRANTED;

2. Carter's motion to withdraw his motion for relief under 28 U.S.C. § 2255 is GRANTED; and

3. This action is DISMISSED without prejudice.

DONE this 16th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE